```
 1  TRACY L. WILKISON
    United States Attorney
 2  DAVID M. HARRIS
 3  Assistant United States Attorney
    Chief, Civil Division
 4  CEDINA M. KIM
 5  Assistant United States Attorney
    Senior Trial Attorney, Civil Division
 6  MARGARET BRANICK-ABILLA, CSBN 223600
 7  Special Assistant United States Attorney
          Social Security Administration
 8        160 Spear Street, Suite 800
 9        San Francisco, CA  94105
10        Telephone: (510) 970-4809
          Facsimile: (415) 744-0134
11        Email: Margaret.Branick-Abilla@ssa.gov
12  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| OSCAR ADOLFO PEIRANO, | ) Case No. 2:21-cv-02792-KK |
|---|---|
| Plaintiff, | ) **ORDER** |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

1 | Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), **IT IS ORDERED** that fees in the amount of $5,200.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED: April 25, 2022

HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE